# LAW OFFICE OF SANDERS L. DENIS

80-05 Roosevelt AVENUE
Jackson Heights, NY • 11372
Phone: (718) 766-9007
sandersesq1@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-30-20

January 27, 2020

Hon. Andrew L. Carter Jr.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

### In Re: EFRAIN GRANADOS-CORONA Docket No.: S3 16-CR 324 (ALC)

Dear Hon. Carter:

I am requesting and adjournment of Mr. Efrain Granados-Corona sentencing to April 17, 2020 or any other day after April 17 that is good for the Court. Mr. Granados-Corona is now scheduled to be sentence on February 7, 2020. It appears my office needs more time in order to complete a pre-sentence memorandum on behalf of my client. My office has been trying to attain letters and other documentation from Mexico for the pre-sentence memorandum.

I have spoken to my client and he respectfully requests the adjournment in order to acquire more documents. In addition, I have spoken to the AUSA Elinor L. Tarlow via email and she does not object to this adjournment.

Respectfully,

/s/ Sanders L. Denis
Sanders L. Denis, Esq.

*Application granted. Sentencing adjourned to 4-21-20 at 11:15 a.m. So Ordered.*

*/s/ Andrew L. Carter*
*1-30-20*