# LAW OFFICE OF SANDERS L. DENIS

80-05 Roosevelt AVENUE
Jackson Heights, NY • 11372
Phone: (718) 766-9007
sandersesq1@gmail.com

**MEMO ENDORSED**

USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: _*8-5-20*_

August 2, 2020

Hon. Andrew L. Carter Jr.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

### In Re: EFRAIN GRANADOS-CORONA Docket No.: S3 16-CR 324 (ALC)

Dear Hon. Carter:

I am requesting and adjournment of Mr. Efrain Granados-Corona sentencing to October 23, 2020 or any other day after October 23 that is good for the Court. Mr. Granados-Corona is now scheduled to be sentence on August 14, 2020. It appears that because of the Covid-19 Pandemic I have not been able to effectively communicate with my client. At this point in time I am not certain when the quarantine will be lifted. Thus, I am respectfully requesting a postponement of the sentencing hearing until October 23, 2020.

I have email the AUSA Elinor L. Tarlow and Mr. Granados-Corona about this request.

Respectfully,

Sanders L. Denis, Esq.

*The application is granted. Sentencing adjourned to 10-23-20 at 12:30 p.m. So Ordered.*

*8-5-20*