# LAW OFFICE OF SANDERS L. DENIS

80-05 Roosevelt AVENUE
Jackson Heights, NY • 11372
Phone: (718) 766-9007
sandersesq1@gmail.com

March 17, 2021

Hon. Andrew L. Carter Jr.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/18/21
```

**In Re: EFRAIN GRANADOS-CORONA Docket No.: S3 16-CR 324 (ALC)**

Dear Hon. Carter:

I am requesting and adjournment of Mr. Efrain Granados-Corona sentencing to September 10, 2021 or any other day after September 10 that is good for the Court. Mr. Granados-Corona is now scheduled to be sentence on March 26, 2021. It appears that because of the Covid-19 Pandemic I have not been able to effectively communicate with my client. At this point in time I am not certain when the quarantine will be lifted. Thus, I am respectfully requesting a postponement of the sentencing hearing until September 10, 2021.

I have informed the US Attorney's Office and Mr. Granados-Corona about this request.

Respectfully,
Sanders L. Denis, Esq.

The application is **GRANTED.** Sentencing adjourned to 9/10/21 at 11:30 a.m.
So Ordered.

*/s/ Andrew L. Carter*
3/18/21