USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _1-6-22_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
United States of America,

                -against-

Efrain Granados-Corona,
-----------------------------------------------------------X

**ORDER**
**16-CR-324 (ALC)**

**ANDREW L. CARTER, JR., United States District Judge:**

    Today's Sentencing is adjourned without a date.

    **SO ORDERED.**

Dated: New York, New York
       December 21, 2021

_____
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**