UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                    Plaintiff,

    -against-

EFRAIN GRANADOS CORONA,

                    Defendant.

------------------------------------------------------------------- x

4-19-22

16-CR-324 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

    Status Conference set for **May 3, 2022** at **11:00 a.m.**

SO ORDERED.

Dated:    New York, New York
           April 19, 2022

                                          ANDREW L. CARTER, JR.
                                          United States District Judge