USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/26/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
**UNITED STATES OF AMERICA,**

                **Plaintiff,**

    **-against-**

**EFRAIN GRANADOS CORONA,**

                **Defendant.**

------------------------------------------------------------------- x

**16-CR-324 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Status Conference set for **May 3, 2022** is adjourned to **12:30 p.m.**

**SO ORDERED.**

**Dated:**     **New York, New York**
             **April 26, 2022**

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**