```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/10/22
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x
**UNITED STATES OF AMERICA,**

                **Plaintiff,**

    -against-

**EFRAIN GRANADOS CORONA,**

                **Defendant.**

-------------------------------------------------------------------- x

16-CR-324 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Status Conference set for May 3, 2022 is adjourned to **May 10, 2022** at **12:00 p.m.**

**SO ORDERED.**

**Dated:**     **New York, New York**
            **May 9, 2022**

                                                *[signature]*

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**