UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

UNITED STATES OF AMERICA

    -against-

**Efrain Granados-Corona**

----------------------------------------x

5-10-22

**ORDER**

16-CR-324 (ALC)
Docket #

**Andrew L. Carter, Jr.**, **DISTRICT JUDGE**:
Judge's Name

The C.J.A. attorney assigned to receive cases on this day, **Avraham Moskowitz** is hereby ordered to assume representation of the defendant in the above captioned matter, NUNC-PRO-TUNC _____.

SO ORDERED.

_____
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      5/10/22