USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9-13-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

                                                       **ORDER**
                                                       16-CR-324 (ALC)

        -against-

Efrain Granados-Corona,

-----------------------------------------------------------X

ANDREW L. CARTER, JR., United States District Judge:

    The sentencing scheduled for September 15, 2022 is rescheduled to **11:00 a.m.**

    **SO ORDERED.**

Dated: New York, New York
       September 13, 2022

                                          _____
                                          ANDREW L. CARTER, JR.
                                          UNITED STATES DISTRICT JUDGE