|  | USDC SDNY |
|---|---|
|  | DOCUMENT |
|  | ELECTRONICALLY FILED |
|  | DOC#: _____ |
|  | DATE FILED: **9-20-22** |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------X

UNITED STATES OF AMERICA

- against -

EFRAIN GRANADOS CORONA

        Defendant.

------------------------------X

ORDER OF
JUDICIAL
REMOVAL

S3 16 CR 324 (ALC)

Upon the application of the United States of America, by Elinor L. Tarlow, Assistant United States Attorney, Southern District of New York; upon the Factual Allegations in Support of Judicial Removal; upon the consent of EFRAIN GRANADOS CORONA ("the defendant") and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native of Mexico and a citizen of Mexico.

3. The defendant was paroled into the United States at John F. Kennedy International Airport, New York, New York on or about April 26, 2018.

4. At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, Southern District of New York, of participating in Sex Trafficking of a Minor by Force, Fraud, or Coercion, in violation of Title 18 United States Code, Sections 1591(a), (b)(1), (b)(2) and 2.

5. The maximum sentence for violations of Title 18 United States Code, Sections 1591(a), (b)(1), (b)(2) and 2 is a term of imprisonment for life.

6. The defendant is and at sentencing will be subject to removal from the United States pursuant to Section 212(a)(2)(A)(i)(I) of the Immigration and Nationality Act of 1952 ("INA"), as amended, 8 U.S.C. § 1182(a)(2)(A)(i)(I), as an alien who has been convicted of a crime involving moral turpitude (other than a purely political offense) or an attempt or conspiracy to commit such a crime; Section 212(a)(2)(D)(ii), 8 U.S.C. § 1182(a)(2)(D)(ii), as an alien who has been convicted of, who has directly or indirectly procured or attempted to procure or to import, prostitutes or persons for the purpose of prostitution or received the proceeds of prostitution; Section 212(a)(6)(E)(i) of the INA, 8 U.S.C. § 1182(a)(6)(E)(i), as an alien who at any time knowingly has encouraged, induced, assisted, abetted, or aided any other alien to enter or try to enter the United States in violation of law; and Section 212(a)(6)(A)(i) of the INA, 8 U.S.C. § 1182(a)(6)(A)(i), as an alien who is present in the United States without being admitted or paroled, or who arrived in the United States at any time or place than as designated by the Attorney General.

7. The defendant has waived his right to notice and a hearing under Section 238(c) of the INA, 8 U.S.C. § 1228(c).

8. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c) of the INA, 8 U.S.C. § 1228(c), that the defendant shall be removed from the United States promptly upon his release from confinement, or, if the defendant is not sentenced to a term of imprisonment, promptly upon his sentencing, and that the defendant be ordered removed to Mexico.

Dated:     New York, New York
           9/15, 2022

_____
THE HONORABLE ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE